**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

      v.                      CRIMINAL CASE NO. 1:13-MJ-02022-001

WILLIAM DODGE
_____
                Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of 04/08/13 to represent said defendant in this cause until further order of the Court.

                                                    ROBERT M. FARRELL
                                                    Acting Clerk of Court

Date: 04/09/13                 By: /s/ Barbara G. Leboff
                                                  Deputy Clerk