AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

2013 APR 12 P 2:41

| | |
|---|---|
| United States of America<br>v.<br>**WILLIAM DODGE**<br><br>*Defendant* | )<br>)<br>) Case No. 13-MJ-2022-MBB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     William Dodge                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

From approximately June 2012 through February 5, 2013, using other people's identities in order to fraudulently obtain credit and goods from stores with the intent to escape payment, and conspiring with others to do the same, in violation of 18 U.S.C. § 1029(a)(2) (knowingly and with intent to defraud using one or more unauthorized access devices during a one-year period and thereby obtaining anything of value aggregating $1,000 or more and affecting interstate or foreign commerce), 18 U.S.C. § 1029(b)(2) (conspiracy to commit access device fraud under 18 U.S.C. § 1029(a)(2)), and 18 U.S.C. § 1028A (aggravated identity theft).

Date: April 3, 2013

                                                                                    *Marianne B. Bowler USMJ*
                                                                                    *Issuing officer's signature*

City and state:    Boston, Massachusetts                                 Marianne B. Bowler, United States Magistrate Judge
                                                                                    *Printed name and title*

### Return

This warrant was received on *(date)*  4/3/13  , and the person was arrested on *(date)*  4/8/13
at *(city and state)*  Framingham, MA  .

Date:  4/8/13                                           *Sheila R. Magoon*
                                                                   *Arresting officer's signature*

                                                                    Sheila R. Magoon, Special Agent
                                                                    *Printed name and title*

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

IN CLERK'S OFFICE
2013 APR 12 P 2:49

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| WILLIAM DODGE | ) | Case No. 13-MJ-2022-MBB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   William Dodge,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☒ Order of the Court

This offense is briefly described as follows:

From approximately June 2012 through February 5, 2013, using other people's identities in order to fraudulently obtain credit and goods from stores with the intent to escape payment, and conspiring with others to do the same, in violation of 18 U.S.C. § 1029(a)(2) (knowingly and with intent to defraud using one or more unauthorized access devices during a one-year period and thereby obtaining anything of value aggregating $1,000 or more and affecting interstate or foreign commerce), 18 U.S.C. § 1029(b)(2) (conspiracy to commit access device fraud under 18 U.S.C. § 1029(a)(2)), and 18 U.S.C. § 1028A (aggravated identity theft).

Date: April 3, 2013                                 *Marianne B. Bowler USMJ*
                                                    *Issuing officer's signature*

City and state:  Boston, Massachusetts              Marianne B. Bowler, United States Magistrate Judge
                                                    *Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                EXECUTED BY FBI
                                ARREST/ARRAIGNMENT OF THE       *Arresting officer's signature*
                                DEFENDANT ON  4/8/2013
                                                                *Printed name and title*